**Order entered January 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00920-CV

**RODRICK SAMPLES, Appellant**

**V.**

**THE DALLAS COUNTY SPECIAL CIVIL SERVICE COMMISSION, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-11245**

## ORDER

We **GRANT** appellant's January 5, 2015 motion for an extension of time to file a brief.

We **ORDER** the brief tendered to this Court by appellant on December 24, 2015 filed as of the

date of this order.  Appellees' brief is due **THIRTY DAYS** from the date of this order.

/s/     ELIZABETH LANG-MIERS
JUSTICE